**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WELLS FARGO BANK, N.A. S/I/I/T WACHOVIA BANK, N.A., | No. 330 MAL 2015 |
| Respondent | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| JUDITH A. DEVICARIS, | |
| Petitioner | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, S/I/I/T TO WACHOVIA BANK, N.A., | No. 331 MAL 2015 |
| Respondent | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| JUDITH A.DEVICARIS, PETTIONER | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 17th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.